**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00005-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      DANIEL OMAR FLORES-RAMIREZ,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to Defendant's Notice of Disposition/Immediate Sentencing (Doc 15 - filed February 14, 2011), and the Court's unavailability, the hearing set **Thursday, March 3, 2011 is VACATED**.

      A change of plea/immediate sentencing hearing is **RESET for Friday, March 4, 2011 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.
      Government's may appear via phone for this hearing.

Dated:  March 2, 2011